■ MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Respondent, v AMERICAN TRANSIT INSURANCE COMPANY, Appellant. — Order of the Supreme Court, Richmond County (Rubin, J.), dated April 5, 1983, affirmed, with costs. (See *Allstate Ins.*

*Co. v Gross,* 27 NY2d 263; *Hartford Ins. Co. v County of Nassau,* 46 NY2d 1028, mot for rearg den 47 NY2d 951.) Weinstein, J. P., Brown, Boyers and Eiber, JJ., concur.